FILE COPY

RE: Case No. 15-0527                          DATE: 9/18/2015
COA #: 13-12-00711-CV     TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
    v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
       RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
       MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
       HEIRS OF JUAN FRANCISCO MARTINEZ

       Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

                    MR. ARTURO GUAJARDO JR.
                    COUNTY CLERK OF HIDALGO CO.
                    PO BOX 58
                    EDINBURG, TX  78540

RE: Case No. 15-0527        DATE: 9/18/2015
COA #: 13-12-00711-CV   TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
   v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
     RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
     MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
     HEIRS OF JUAN FRANCISCO MARTINEZ

Today the Supreme Court of Texas denied the petition for review in the above-referenced case.

MS. AUDRA CRUZ
LAW OFFICE OF GARCIA, QUINTANILLA
& PALACIOS
5526 N 10TH ST
MCALLEN, TX  78504-2713

FILE COPY

RE: Case No. 15-0527                    DATE: 9/18/2015
COA #: 13-12-00711-CV    TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
    v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
       RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
       MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
       HEIRS OF JUAN FRANCISCO MARTINEZ

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

                    MS. DORIAN E. RAMIREZ
                    CLERK, THIRTEENTH COURT OF
                    APPEALS
                    901 LEOPARD STREET, 10TH FLOOR
                    CORPUS CHRISTI, TX  78401

FILE COPY

RE: Case No. 15-0527　　　　　　DATE: 9/18/2015
COA #: 13-12-00711-CV　　TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
　　v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
　　　RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
　　　MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
　　　HEIRS OF JUAN FRANCISCO MARTINEZ

　　　Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

　　　　　　　　　　MR. JOHN DAVID FRANZ
　　　　　　　　　　LAW OFFICE OF JOHN DAVID FRANZ
　　　　　　　　　　400 N. MCCOLL, SUITE B
　　　　　　　　　　MCALLEN, TX　78501

FILE COPY

RE: Case No. 15-0527          DATE: 9/18/2015
COA #: 13-12-00711-CV     TC#: CL-05-1445-G
STYLE: HERIBERTO DE LA GARZA D/B/A LUDY'S ROPA USADA
    v. DALIA RAMIREZ D/B/A LOS BALDOS ROPA USADA, LALO
        RAMIREZ D/B/A LOS BALDOS ROPA USADA, MARIA
        MARTINEZ D/B/A LOS BALDOS ROPA USADA, AND THE
        HEIRS OF JUAN FRANCISCO MARTINEZ

    Today the Supreme Court of Texas denied the
petition for review in the above-referenced case.

                    MR. MICHAEL SHANE PARSON
                    LIVESAY LAW OFFICE
                    BRAZOS SUITE NO. 9
                    517 WEST NOLANA
                    MCALLEN, TX  78504